**UNITED STATES BANKRUPTCY COURT** :
**DISTRICT OF NEW JERSEY** :
 :
_____ :
Caption in Compliance with D.N.J. LBR 9004-2(c) :       **Order Filed on May 23, 2017**
_____ :              **by Clerk**
Law Office Peter Zimnis :              **U.S. Bankruptcy Court**
1245 Whitehorse Mercerville Road :              **District of New Jersey**
Suite 412 :
Trenton, NJ 08619 :
(609) 581-9353 :
_____ :
In re: :
BRADFORD & LEE ANN BRUCE :
 :
 :
   Debtors :
 : Case No.:  16-23829
 :
 : Chapter 13
 :
_____: Judge:  Kaplan


# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**


**DATED: May 23, 2017**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(page 2)**
Debtor:  Bradford & Lee Ann Bruce
Case No.:  16-23829 MBK
Caption:  Order Granting Supplemental Chapter 13 Fees

      The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

      ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $300 for services rendered and expenses in the amount of $0 for a total of $300. The allowance shall be payable:

      ___x__   through the Chapter 13 Plan as an administrative priority from
                    funds on hand
      _____   outside the Plan

      The debtor's monthly Plan is not modified, thus the debtor will continue to pay $1,000 per month for the remaining months to allow for payment of aforesaid fee.