Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−23829−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Bradford Bruce
1 Jenny Jump Rd
Trenton, NJ 08619

Lee Ann Bruce
1 Jenny Jump Rd
Trenton, NJ 08619

Social Security No.:
  xxx−xx−9579                                            xxx−xx−5064

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on May 16, 2018.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 17, 2018
JAN: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Bradford Bruce
Lee Ann Bruce
    Debtors

Case No. 16-23829-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: May 17, 2018
                         Form ID: 148     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2018.
```
db/jdb         +Bradford Bruce,    Lee Ann Bruce,    1 Jenny Jump Rd,    Trenton, NJ 08619-1107
cr             +Specialized Loan Servicing LLC as servicer for The,    P. O. Box 9013,    Addison, TX 75001-9013
516295136      +KML Law Group,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
516295137      +Lyons Doughty & Veldhuis,   re: Cap One,    POB 1269,    Mount Laurel, NJ 08054-7269
516561446       MTGLQ Investors,L.Pc/oShellpointMortgageServicing,    PO Box 10826,    Greenville, SC  29603-0826
516561447       MTGLQ Investors,L.Pc/oShellpointMortgageServicing,    PO Box 10826,    Greenville, SC  29603-0826,
                 MTGLQ Investors,L.Pc/oShellpointMortgage,    PO Box 10826,    Greenville, SC  29603-0826
516295139      +Roselli Griegel Lozier et al,    re: Kevs quality Lawn Care DC 12170-04,    1337 Highway 33,
                 Trenton, NJ 08690-1738
516295140      +Selip & Stylianou,    POB 914,    Paramus, NJ 07653-0914
516295141      +Specialized Loan Servicing,    8742 Lucent Blvd, Ste 300,    Littleton, CO 80129-2386
516408626      +The Bank of NY Mellon, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 17 2018 22:58:29     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2018 22:58:27     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516295131      +E-mail/Text: bky@americanprofit.net May 17 2018 22:58:46     American Profit Recovery,
                 re: Lawn Doctor,    34405 W . 12 Mile Rd Ste 379,    Farmington, MI 48331-5608
516295132      +EDI: CAPITALONE.COM May 18 2018 02:34:00     Capital One,    POB 30281,
                 Salt Lake City, UT 84130-0281
516295133      +EDI: CONVERGENT.COM May 18 2018 02:34:00     Convergent Outsourcing,    re: Sprint,    POB 9004,
                 Renton, WA 98057-9004
516295134      +E-mail/Text: assetrecovery@hamiltonhorizons.org May 17 2018 22:58:28     Hamilton Horizons FCU,
                 3535 Quakerbridge Rd,    Trenton, NJ 08619-1250
516295135      +EDI: IIC9.COM May 18 2018 02:34:00     IC Systems,    re: Princeton Surgical Assoc,    POB 64378,
                 Saint Paul, MN 55164-0378
516295138      +E-mail/PDF: bankruptcy@ncfsi.com May 17 2018 23:00:12     New Century Financial,
                 110 S. Jefferson Rd., Ste 104,    Whippany, NJ 07981-1038
516295142       EDI: NEXTEL.COM May 18 2018 02:33:00     Sprint,    POB 219718,    Kansas City, MO 64121
516376118       EDI: NEXTEL.COM May 18 2018 02:33:00     Sprint Corp.,    Attn Bankruptcy Dept,    PO Box 7949,
                 Overland Park KS 66207-0949
516319212       EDI: RMSC.COM May 18 2018 02:34:00     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516342229       EDI: WFFC.COM May 18 2018 02:33:00     Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                 PO Box 19657,    Irvine, CA 92623-9657
516295143      +EDI: WFFC.COM May 18 2018 02:33:00     Wells Fargo Dealer Srv,    POB 1697,
                 Winterville, NC 28590-1697
                                                                                              TOTAL: 13
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin             Page 2 of 2              Date Rcvd: May 17, 2018
                              Form ID: 148            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:

        Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
        Albert Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-13 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
        John Zimnis    on behalf of Joint Debtor Lee Ann Bruce njbankruptcylaw@aol.com.
        John Zimnis    on behalf of Debtor Bradford Bruce njbankruptcylaw@aol.com.
        Peter E. Zimnis    on behalf of Joint Debtor Lee Ann Bruce njbankruptcylaw@aol.com
        Peter E. Zimnis    on behalf of Debtor Bradford Bruce njbankruptcylaw@aol.com

        TOTAL: 8