| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | Order Filed on May 16, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Bradford Bruce<br>Lee  Ann Bruce<br><br><br><br>Debtor(s) | Case No.: 16-23829 / MBK<br><br>Chapter 13<br><br>Hearing Date: 05/15/2018  at 10:00 AM<br><br>Judge: Michael B. Kaplan |

## CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 16, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 16-23829-MBK
Bradford Bruce                                                           Chapter 13
Lee Ann Bruce
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1           Date Rcvd: May 17, 2018
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
db/jdb         +Bradford Bruce,    Lee Ann Bruce,    1 Jenny Jump Rd,    Trenton, NJ 08619-1107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
          Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
          Albert Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for The
           Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the
           CWABS, Inc., Asset-Backed Certificates, Series 2007-13 NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          John Zimnis    on behalf of Joint Debtor Lee Ann Bruce njbankruptcylaw@aol.com.
          John Zimnis    on behalf of Debtor Bradford Bruce njbankruptcylaw@aol.com.
          Peter E. Zimnis    on behalf of Debtor Bradford Bruce njbankruptcylaw@aol.com
          Peter E. Zimnis    on behalf of Joint Debtor Lee Ann Bruce njbankruptcylaw@aol.com
                                                                                             TOTAL: 8